UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAHABA DISASTER RECOVERY, LLC, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO: |
| EAGLE TUGS, LLC, doing business as EAGLE BOAT COMPANIES, | * |
| Defendant. | * |

## COMPLAINT

COMES NOW Plaintiff, Cahaba Disaster Recovery, LLC (hereafter "Cahaba"), by its attorney, and files this complaint, complaining of Defendant, Eagle Tugs, LLC, doing business as Eagle Boat Companies (hereafter "Eagle Tugs"), and alleges as follows:

## JURISDICTION

**1.**

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.  Jurisdiction is proper pursuant to 28 U.S.C. § 1333.

## PARTIES

**2.**

Cahaba is an Alabama limited liability company.

**3.**

Defendant Eagle Tugs is a foreign business entity which has offices in the Southern District of Alabama.

## FACTUAL BACKGROUND

**4.**

At all times pertinent, Cahaba was engaged in a marine rock-laying (rip rap) construction project in the Gulf of Mexico upon the navigable waters of the United States within 500 yards of the shoreline of Grand Isle, Louisiana.

**5.**

At all times pertinent, Eagle Tugs was the owner, owner *pro hac vice*, or charterer of several towboats and hopper barges.

**6.**

Cahaba contracted Eagle Tugs to tow a total of 25,000 tons of rock (rip rap) from the Vulcan Materials Company facility in Arkansas to the Cahaba construction site in the Gulf of Mexico near Grand Isle, Louisiana.  The parties' contract included multiple voyages.

**7.**

Under the parties' contract, Eagle Tugs agreed to transport an initial shipment of 5,000 tons or rock (rip rap) for a total price of $172,687.50, which price was comprised of: 1) $119,000.00 for the towage of the rock (rip rap) from the Vulcan Materials Company facility in Arkansas to the project site near Grand Isle, Louisiana; and, 2) $53,687.50 (i.e. $10.60 per ton) to be paid to Vulcan Materials Company as a straight "pass through" cost for the rock (rip rap).

**8.**

Eagle Tugs further agreed to standby with its tug and the barges at the construction site during offloading operations.

**9.**

Cahaba paid Eagle Tugs $172,687.50 under the parties' contract. However, Eagle Tugs failed to pay Vulcan Materials Company for the rock (rip rap) and Eagle Tugs failed to tow the material to the project site near Grand Isle, Louisiana as requested by Cahaba.

**10.**

Cahaba made repeated demands upon Eagle Tugs to fulfill its contract obligations, which Eagle Tugs failed or refused to perform.

**11.**

Cahaba provided Eagle Tugs with notice of default under its contract.

**12.**

Cahaba demanded the return of its $172,687.50 paid to Eagle Tugs to no avail.

**13.**

The breach of the parties' contract by Eagle Tugs described herein constitutes a maritime claim.

**WHEREFORE**, Plaintiff prays:

1. That after due proceedings, Cahaba may have judgment against Eagle Tugs in an amount of the current indebtedness of $172,687.50, plus interest, costs, expenses and attorneys' fees;

2. That Eagle Tugs be cited to answer and appear, and that after due proceedings are had, Cahaba may have judgment against Eagle Tugs for the amount of indebtedness of $172,687.50, plus any other sums and interest, costs and attorneys' fees; and,

3. For all other general and equitable relief as this Court deems just and proper.

                                */s/ Frederick G. Helmsing, Jr.*
                                FORREST C. WILSON III (WILSF6879)
                                FREDERICK G. HELMSING, JR. (HELMF3421)
                                Attorneys for Plaintiff Cahaba Disaster Recovery, LLC

OF COUNSEL:

McDOWELL KNIGHT
   ROEDDER & SLEDGE, L.L.C.
Post Office Box 350
Mobile, Alabama 36601
Ph. 251-432-5300
Fax 251-432-5303


**Defendant to be served by certified mail at the following address**:

Eagle Tugs LLC,
doing business as
Eagle Boat Companies
5520-1 Business Parkway
Theodore, AL  36582