IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAHABA DISASTER RECOVERY, LLC,     ) | |
|     Plaintiff,     ) | |
| v.     ) | CIVIL ACTION NO. 11-00161-KD-B |
|     ) | |
| EAGLE TUGS, LLC, d/b/a EAGLE     ) | |
| BOAT COMPANIES,     ) | |
|     Defendant.     ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that a **DEFAULT JUDGMENT** is entered in favor of Plaintiff Cahaba Disaster Recovery, LLC and against Defendant Eagle Tugs, LLC, d/b/a Eagle Boat Companies, such that Defendant Eagle Tugs, LLC, d/b/a Eagle Boat Companies is liable to Plaintiff Cahaba Disaster Recovery, LLC in the amount of **$172,687.50.**

**DONE** and **ORDERED** this the **1**$^{st}$ day of **November 2011.**

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**